United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16859-jkf
Eddie Woodrow Gray                                                    Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Jan 23, 2017
                             Form ID: 211           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db             +Eddie Woodrow Gray,   901 Dolores Lane,   Croydon, PA 19021-6215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          STEPHEN MATTHEW DUNNE    on behalf of Debtor Eddie Woodrow Gray bestcasestephen@gmail.com
          THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                Chapter: 7

     Eddie Woodrow Gray

Debtor(s)                                                    Case No: 16–16859–jkf

_____

*ORDER*

    AND NOW, 1/23/17 , the debtor having failed to file either a statement regarding completion

of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),


    And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),


    Accordingly, it is hereby ORDERED that the debtor shall have until 2/6/17 to file a statement

regarding completion of an instructional course concerning personal financial management or a request for a
waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P.

4004.



                              For The Court

                              Jean K. FitzSimon

                              Judge ,United States Bankruptcy
                              Court